

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00554-CV

**MO-VAC COMPANY OF ALICE,**
Appellant

v.

**MICHAEL MYANE LP** d/b/a Pipeline Measurement Co., LP and Michael Myane
Management, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-04-54479-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's brief is due January 14, 2019. On January 7, 2019, appellant filed an Unopposed Second Motion for Extension of Time to File Brief, requesting an additional thirty days to file its brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its brief in this court **on or before February 13, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court